IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>WILLIAM ROBINSON,<br>Defendant,<br><br>and<br><br>ROBINSON CLIENT SERVICES GROUP, INC.,<br>Garnishee. | ) | CASE NO. DNCW3:22CR106<br>(Financial Litigation Program) |

**MOTION FOR DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

COMES NOW Plaintiff, the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby requests that the Court order the dismissal of the Writ of Continuing Garnishment entered on October 10, 2023 (Doc. No. 15) against Defendant, William Robinson, as to the Garnishee, Robinson Client Services Group, Inc., for reason that Defendant is no longer employed by Garnishee.

DATED this 10th day of February, 2025.

DENA J. KING
UNITED STATES ATTORNEY

/s/ Julia A. Park
Assistant United States Attorney
Pa. Bar No. 323684
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel: 704-344-6222
Fax: 704-227-0255
Email: Julia.Park@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2025, the foregoing Motion for Dismissal of Writ of Continuing Garnishment was duly served electronically and/or by U.S. Postal Service mail upon the parties listed below:

WILLIAM ROBINSON
XXXXXXXXXXXXX
LAWNDALE, NC XXXXX[1]

ROBINSON CLIENT SERVICES GROUP, INC.
ATTN: PAYROLL DEPARTMENT
4660 NE BELKNAP COURT, SUITE 101
HILLSBORO, OR 97124

DENA J. KING
UNITED STATES ATTORNEY

/s/ Julia A. Park
Assistant United States Attorney
Pa. Bar No. 323684
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel: 704-344-6222
Fax: 704-227-0255
Email: Julia.Park@usdoj.gov

[1] Pursuant to Federal Rule of Criminal Procedure 49.1, Defendant's home address has been redacted to the city and state to prevent public disclosure. The full address is provided in the sealed un-redacted Application for Writ of Continuing Garnishment.